**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER DENYING MOTION FOR REHEARING

Appellate case name:     *Edward Foussadier v. Triple B Services, LLP*

Appellate case number:   01-18-00106-CV

Trial court case number: 2016-03307A

Date motion filed:       May 28, 2019

Trial court:             55th District Court of Harris County

It is ordered that the motion for rehearing is **DENIED**.

Judge's signature: _____/s/ Peter Kelly____
            ☐ Acting individually    ☒ Acting for the Court

Panel consists of Justices Lloyd, Kelly, and Hightower.

Date:   __July 30, 2019_____